## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

THANH NGUYEN, an individual, and
LUONG NGUYEN, an individual

      Plaintiffs,

v.

BARRY BIONDO, an individual,
TIPSY SPA AND SALON INC., a Florida corporation

      Defendants.

_____/

Case No.:

Honorable:

### VERIFIED COMPLAINT

    Plaintiffs, THANH NGUYEN, an individual, and LUONG NGUYEN, an individual (collectively "Plaintiffs"), by and through their undersigned attorneys, sue Defendants, BARRY BIONDO, an individual, and TIPSY SPA AND SALON INC., a Florida corporation (collectively, "Defendants") for trademark infringement, cybersquatting, unjust enrichment, and breach of contract, and in support thereof state as follows:

### JURISDICTION AND VENUE

    1.    This is an action for damages in excess of the jurisdictional amount of Seventy-Five Thousand ($75,000.00) Dollars U.S., exclusive of reasonable attorneys' fees and costs.

    2.    This Court has subject matter jurisdiction over the claims in this action based on a federal question under 15 U.S.C. §1121(a), 28 U.S.C. § 1331, and 28 U.S.C. 1338(a), since it arises under the Lanham Act.

    3.    This Court has personal jurisdiction over each of the Defendants because: (a) at all

relevant times, the Defendants, in connection with the allegations in this Complaint, have transacted business in the State of Florida; (b) the Defendants committed tortious acts within the State of Florida; (c) the Defendants have offices in the State of Florida and within this district; and (d) the Defendants have headquarters in the State of Florida and within this district. Further, the Defendants are engaged in solicitation and service activities within Florida and are breaching obligations under an agreement that required performance, in part, in this state.

4.      This court has personal jurisdiction over the Defendants by virtue of their substantial and continuous contacts with the State of Florida.

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(a), (b) & (c).

6.      Venue is proper in this district because the Defendants' acts, omissions, and the events giving rise to Plaintiffs' causes of action, occurred within or were directed to this district; and Defendants maintain headquarters in this district.

## THE PARTIES

7.      Plaintiff, THANH NGUYEN is a Florida resident and is otherwise sui juris. THANH NGUYEN owns United States Trademark number 77093533, and Florida State Trademark number T09000001204.

8.      Plaintiff, LUONG NGUYEN is a Florida resident and is otherwise sui juris.

9.      Defendant, TIPSY SPA AND SALON INC., is an active Florida corporation with its principal address at 10120 Forest Hill Blvd., Suite 100, Wellington, Florida 33414.

10.     Defendant, BARRY BIONDO, is a Florida resident and is otherwise sui juris. BARRY BIONDO is a shareholder in TIPSY SPA AND SALON INC.

## FACTS COMMON TO ALL CLAIMS
### Opening of the Salons and Acquisition of the "Tipsy" Mark

11.     On January 29, 2007, THANH NGUYEN applied for federal trademark protection in the "Tipsy" name and mark (the "Mark" or the "'Tipsy' Mark"). On November 11, 2008, the United States Patent and Trademark Office granted THANH NGUYEN's federal trademark application. A true and correct copy of Plaintiff's federal "Tipsy" Mark is attached hereto as **Exhibit "1."**

12.     On November 19, 2009, THANH NGUYEN was granted a Florida Trademark on the "Tipsy" Mark. Plaintiff's "Tipsy" Mark is inherently distinctive (arbitrary, fanciful or novel) or suggestive or has acquired secondary meaning.

13.     By virtue of the Plaintiff, THANH NGUYEN, use of the "Tipsy" Mark in salon businesses having bar services and in which THANH NGUYEN has a financial interest, registration of the "Tipsy" Mark with the United States Patent and Trademark Office, and registration of the "Tipsy" Mark with the Florida Department of State, THANH NGUYEN enjoys the exclusive use of the "Tipsy" Mark in connection with nail salon and spa services business, Plaintiff has acquired all rights in the "Tipsy" Mark.

### Expansion of the Business and association with BARRY BIONDO

14.     After several years of utilizing the "Tipsy" Mark in business, THANH NGUYEN and LUONG NGUYEN, associated with Defendant, BARRY BIONDO, to open a Tipsy Nail Spa and Salon at 1037 State Road #7, Suite 112, Wellington, Florida 33414 ("Wellington Nail Spa and Salon").

15.     For a period of time, the parties jointly operated the Wellington Nail Spa and Salon under the "Tipsy" Mark.

Page 3 of 18

16.     In or about 2010, a disagreement occurred regarding the ownership and operation of the Wellington Nail Spa and Salon.

17.     As a result of the disagreement, on or about March 11, 2010, THANH NGUYEN and LUONG NGUYEN, as sellers, and BARRY BIONDO, as buyer, entered into a Business Sale Agreement to resolve their disagreement. A true and correct copy of the Business Sale Agreement is attached hereto as **Exhibit "2."**

18.     Pursuant to the Business Sale Agreement, BARRY BIONDO purchased the fixtures, furnishings, and equipment of the Wellington Nail Spa and Salon, and the right to operate the Wellington Nail Spa and Salon as a competing business at the Wellington location for $164,000.00. BARRY BIONDO agreed to pay a $20,000 down payment and to pay the balance of the purchase price in weekly installment payments. *See* Business Sale Agreement ¶¶ 1 & 2.

19.     The Business Sale Agreement permitted BARRY BIONDO to use the "Tipsy" Mark in connection with the Wellington Nail Spa and Salon *only* for the period of one (1) year from the date of the Agreement.

20.     The Business Sale Agreement specifically states that BARRY BIONDO did *not* purchase the "Tipsy" name or the "Tipsy" Mark. *See* Business Sale Agreement ¶ 8.[1]

21.     BARRY BIONDO agreed that he would not use the "Tipsy" name or the "Tipsy" Mark after March 11, 2011, and that he would use a different name for his Wellington Nail Spa and

---

[1] Paragraph 8 of the Business Sale Agreement states in part, "The PARTIES further agree that BUYER shall be entitled, for a period of one (1) year after the execution of this document to continue operating the BUSINESS using the name 'Tipsy'. The PARTIES further agree that the right to the use of the name 'Tipsy' or any mark associated with that business name is not being purchased by BUYER. The following assets are not part of the sale to BUYER and shall be retained by SELLERS: (a) all rights, marks, etc. associated with the name 'Tipsy' (except that BUYER will be granted a one (1) year usage right of the name in order to transition into another name); and (b) all rights under contracts and commitments of SELLERS which are not expressly assumed by BUYER under the Agreement. As it related to the website, BUYER shall redirect the domain name Tipsyspa.com to another location without the name 'Tipsy' after one (1) year."

Salon after March 11, 2011.

22.     On July 16, 2010, shortly after the execution of the Business Sale Agreement, BARRY BIONDO incorporated TIPSY SPA AND SALON INC., in order to operate the Wellington Nail Spa and Salon.

### BARRY BIONDO's Breach of the Business Sale Agreement, Infringement on Plaintiff's "Tipsy" Mark, and Misrepresentations to the USPTO

23.     In direct violation of Plaintiff's rights, and in contravention of the express terms of the Business Sale Agreement, BARRY BIONDO and the TIPSY SPA AND SALON INC., continued to use the "Tipsy" Mark and "Tipsy" name after March 11, 2011.

24.     BARRY BIONDO and the TIPSY SPA AND SALON INC., continue to use a mark that is identical or confusingly similar to Plaintiff's "Tipsy" Mark, in connection with Defendants' nail salon and spa[2] services, which include bar services, and in direct competition with Plaintiffs' business.

25.     The Defendants are improperly using an identical or substantially similar counterfeit "Tipsy" mark on their business facade, in print advertising, in television advertising, on the Internet under www.Tipsyspa.com, on the Internet in search engines, on the Internet in their web sites' metatags, and in other mediums. *See* **Composite Exhibit "3"** for examples of Defendants' continued use of Plaintiff's name and Mark.

26.     Further, BARRY BIONDO has failed to pay the amounts due and owing under the Business Sale Agreement.

27.     In a blatant attempt to circumvent Plaintiff's rights in the "Tipsy" Mark, BARRY BIONDO, d/b/a TIPSY SPA AND SALON, filed a federal trademark application for "Tipsy Spa

---

[2] BARRY BIONDO has now relocated the Wellington Nail Spa and Salon to 10120 Forest Hill Blvd., Suite 100, Wellington, Florida 33414.

Salon." A true and correct copy of BARRY BIONDO's trademark application dated March 21, 2011, serial number 85272051, is attached hereto as **Exhibit "4."**

28.     The federal trademark application filed by BARRY BIONDO, d/b/a TIPSY SPA AND SALON, was filed on March 21, 2011, a mere ten days after BARRY BIONDO was required to cease using Plaintiff's "Tipsy" Mark.

29.     In connection with the application for the federal trademark, BARRY BIONDO falsely swore to the USPTO the following declaration:

> The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

30.     Defendants are continuing to intentionally and improperly use an identical or substantially similar counterfeit to Plaintiff's "Tipsy" Mark in connection with their nail and salon business, in direct competition with Plaintiffs.

31.     The "Tipsy" mark being used by the Defendants is identical or confusingly similar to Plaintiff's "Tipsy" Mark.

32.     Defendants' use of an identical or substantially similar counterfeit "Tipsy" name and mark is an intentional attempt to confuse the public into believing the Defendants' business and

services are associated with Plaintiff's business and services.

33.     The Defendants' intentional use of the identical or substantially similar counterfeit "Tipsy" Mark is causing substantial customer confusion as to the sponsorship of the goods and services, and harming the reputation of Plaintiff's business and the "Tipsy" Mark.

34.     Defendants are intentionally attempting to palm off the name and reputation of Plaintiff's "Tipsy" Mark and are creating a false designation of the origin of Defendants' services.

35.     Defendants are direct competitors of Plaintiffs.

36.     As of the filing date of this Verified Complaint, the Defendants are continuing to use an identical or substantially similar "Tipsy" Mark.

37.     Plaintiffs' have retained the undersigned law firm and have agreed to pay it a reasonable fee for the services related to this matter.

38.     All conditions precedent to the initiation and maintenance of this action have been performed, have occurred, are excused, or have been waived.

39.     Plaintiffs' are entitled to their costs and attorneys fees in this action pursuant to the Business Sale Agreement, and 15 U.S.C. § 1117.

### Count I
### (Unfair Competition/Trademark Infringement - Damages)

40.     Plaintiff, THANH NGUYEN, re-alleges and affirms paragraphs 1 through 39 as if set forth herein.

41.     This is a claim for damages under the Lanham Act by Plaintiff THANH NGUYEN, against all Defendants.

42.     Plaintiff, THANH NGUYEN, has continually used the "Tipsy" Mark in commerce

and in connection with the sale and advertising of the goods and services available at full service salon and spas that incorporate nail and salon services together with the opportunity for its patrons to purchase and enjoy a full array of liquor and alcohol.

43.     Defendants are intentionally and willfully using the "Tipsy" name and "Tipsy" Mark, or a mark that is identical or confusingly similar to Plaintiff's "Tipsy" Mark, in a manner that is identical or confusingly similar to Plaintiff's "Tipsy" Mark, in commerce and in connection with the sale or advertising of goods and services available at their competing salon and spa.

44.     The Defendants' use of the "Tipsy" Mark, or a mark that is identical or confusingly similar to Plaintiff's "Tipsy" Mark, is likely to cause confusion, mistake, or deception among consumers as to the affiliation, connection or association of Defendants, and their goods and services, with the goods and services THANH NGUYEN, has authorized the "Tipsy" Mark to be used in conjunction with.

45.     The Defendants' use of the "Tipsy" Mark, or a mark that is identical or confusingly similar to Plaintiff's "Tipsy" Mark, is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial services offered by Plaintiff, THANH NGUYEN.

46.     The Defendants are willfully and intentionally using a counterfeit of the "Tipsy" Mark, with knowledge that the mark is a counterfeit mark, in connection with the sale, offering for sale, or distribution of their goods and services.

47.     As a direct and proximate result of the Defendants' conduct, Plaintiff, THANH NGUYEN, has suffered, and will continue to suffer, monetary damages.

WHEREFORE, Plaintiff, THANH NGUYEN, respectfully requests this Court enter

Judgment against Defendants BARRY BIONDO and TIPSY SPA AND SALON INC., and in favor of Plaintiff THANH NGUYEN for the following:

    a.    Granting, pursuant to 15 U.S.C. § 1117, an accounting, an award of the Defendants' profits, and any other damages should the court find the award based on profits inadequate;

    b.    Granting, pursuant to 15 U.S.C. §1117, an award of attorneys' fees, and costs;

    c.    Granting, pursuant to 15 U.S.C. §1118, an order permanently enjoining and directing Defendants and their respective officers, agents, servants, employees, and/or all other persons, businesses or entities acting in concert or participation with them, to deliver up for destruction all promotional materials, building facades, handouts, advertisements, labels, signs, prints, packages, wrappers, photographs, videos, truck or vehicle paintings or logos, websites, internet marketing, software, business cards, or any other reproduction, copy, or confusingly similar variations of Plaintiff's "Tipsy" Mark, and all plates, molds, matrices, and other means of making or duplicating the same;

    d.    Granting an award of damages, exemplary damages consisting of treble damages and punitive damages in an amount sufficient to deter the Defendants from engaging in unlawful conduct in the future, pre-and post-judgment interest, costs and attorneys' fees;

    e.    Granting all further relief this court finds equitable and just.

## Count II
### (Unfair Competition/Trademark Infringement - Injunction)

48.     Plaintiff, THANH NGUYEN, re-alleges and affirms paragraphs 1 through 39 as if set forth herein.

49.     This is an action under the Lanham Act for both temporary and permanent injunctions in favor of Plaintiff THANH NGUYEN, as the owner and interested person in the registered "Tipsy" Mark, to prevent violations of the Lanham Act, against all Defendants.

50.     Plaintiff, THANH NGUYEN, has continually used the "Tipsy" Mark in commerce and in connection with the sale and advertising of the goods and services available at their full service salon and spas that incorporate nail and salon services together with the opportunity for its patrons to purchase and enjoy a full array of liquor and alcohol.

51.     Defendants are intentionally and willfully using the "Tipsy" Mark or a mark which is identical or confusingly similar to the "Tipsy" Mark, in commerce and in connection with the sale or advertising of goods and services available at their competing salon and spa.

52.     Defendants' use of the "Tipsy" Mark, or a mark which is identical or confusingly similar to the "Tipsy" Mark, is likely to cause confusion, mistake, or deception among consumers as to the affiliation, connection or association of Defendants, and their goods and services, with the Plaintiffs, and their goods and services.

53.     Defendants use of the "Tipsy" Mark, or a mark which is identical or confusingly similar to the "Tipsy" Mark, is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial services by Plaintiff THANH NGUYEN.

54.     Defendants are willfully and intentionally using a counterfeit of the "Tipsy" Mark with knowledge that the mark is a counterfeit mark, in connection with the sale, offering for sale, or distribution of their goods and services.

55.     As a direct and proximate result of the Defendants' conduct, Plaintiff, THANH NGUYEN, has suffered, and will continue to suffer, irreparable injury to his business, reputation, and goodwill.

56.     There is a likelihood of deception and consequent injury due to Defendants' violations of the Lanham Act, and THANH NGUYEN is likely to succeed on the merits.

57.     Plaintiff, THANH NGUYEN,  has no adequate remedy at law.

58.     The issuance of an injunction is in the public interest.

WHEREFORE, Plaintiff THANH NGUYEN, respectfully request this Court enter Judgment against Defendants BARRY BIONDO and TIPSY SPA AND SALON INC., and in favor of Plaintiff, THANH NGUYEN, for the following:

a.     Granting, pursuant to 15 U.S.C.§ 1116, and 15 U.S.C. §1125 a temporary and permanent injunction prohibiting Defendants or their respective officers, agents, servants, employees, and/or all other persons, businesses or entities acting in concert or participation with them from 1) using Plaintiff's "Tipsy" name or the "Tipsy" Mark or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases, or designs, in commerce or in connection with any business or for any other purpose (including, but not limited to, on building facades, print advertising, television advertising, radio advertising, websites and/or domain names); 2)

transferring, assigning, selling, or attempting the disposition of Plaintiff's "Tipsy" name or "Tipsy" Mark to any third party; and 3) whatever other injunctive relief this court deems reasonable and just according to the principals of equity;

b.  Granting, pursuant to 15 U.S.C. §1117, an award of attorneys' fees; and

c.  Granting all further relief this court finds equitable and just.

### Count III
### (Cybersquatting - Damages)

59.  Plaintiff THANH NGUYEN, re-alleges and affirms paragraphs 1 through 39 as if set forth herein.

60.  This is a claim for damages for Cybersquatting by Plaintiff, THANH NGUYEN, against all Defendants.

61.  Defendants' have a bad faith intent to profit from the "Tipsy" Mark.

62.  Defendants have registered, traffic in, and use a domain name, www.Tipsyspa.com that is identical, confusingly similar, or dilutive of the "Tipsy" Mark.

63.  As a direct and proximate result of the Defendants' conduct, Plaintiff, THANH NGUYEN, has suffered, and will continue to suffer, monetary damages.

WHEREFORE, Plaintiff THANH NGUYEN, respectfully requests this Court enter Judgment against Defendants BARRY BIONDO and TIPSY SPA AND SALON INC., and in favor of Plaintiff for the following:

a.  Granting, pursuant to 15 U.S.C. § 1117, an accounting and an award of the Defendants' profits, damages sustained by Plaintiff, THANH NGUYEN, the

costs of this action, and any other damages should the court find the award

based on profits inadequate;

b.    Granting, pursuant to 15 U.S.C. §1117, an award of attorneys' fees;

c.    Granting an award of damages, exemplary damages consisting of treble

damages and punitive damages in an amount sufficient to deter the

Defendants from engaging in unlawful conduct in the future, pre-and

post-judgment interest, costs and attorneys' fees;

d.    Granting all further relief this court finds equitable and just.

### Count IV
### (Cybersquatting - Injunction)

64.    Plaintiff, THANH NGUYEN, re-alleges and affirms paragraphs 1 through 39 as if set forth herein.

65.    This is a claim by THANH NGUYEN, against Defendants, for injunctive relief to prevent Cybersquatting.

66.    Defendants have a bad faith intent to profit from the "Tipsy" Mark.

67.    Defendants have registered, traffic in, and use a domain name, www.Tipsyspa.com that is identical, confusingly similar, or dilutive of the "Tipsy" Mark.

68.    As a direct and proximate result of the Defendants' conduct, Plaintiff, THANH NGUYEN, has suffered, and will continue to suffer irreparable injury to his business, reputation, and goodwill.

WHEREFORE, Plaintiff, THANH NGUYEN, respectfully requests this Court enter Judgment against Defendants BARRY BIONDO and TIPSY SPA AND SALON INC., and in favor

of Plaintiff THANH NGUYEN, for the following:

        a.      Granting, pursuant to 15 U.S.C.§ 1116, and 15 U.S.C. §1125, a temporary and permanent injunction prohibiting Defendants or their respective officers, agents, servants, employees, and/or all other persons, businesses or entities acting in concert or participation with them from 1) using the "Tipsy" Mark or any confusingly similar variations thereof on the Internet or on a domain name, alone or in combination with any other letters, words, letter strings, phrases, or designs, in commerce or in connection with any business or for any other purpose and 2) whatever other injunctive relief this court deems reasonable and just according to the principals of equity;

        b.      Granting, pursuant to 15 U.S.C. §1117, an award of attorneys' fees; and

        c.      Granting all further relief this court finds equitable and just.

## Count V
### (Unjust Enrichment)

69.     Plaintiff, THANH NGUYEN, re-alleges and affirms paragraphs 1 through 39 as if set forth herein.

70.     This is a claim by THANH NGUYEN, against Defendants, for unjust enrichment.

71.     As a direct and proximate result of the Defendants' conduct complained of herein, Plaintiff, THANH NGUYEN, has suffered and will continue to suffer loss of reputation, and pecuniary damages.

72.     Plaintiff, THANH NGUYEN, has created value and generated goodwill in the "Tipsy" Mark.

73.     The Defendants have traded on this value and goodwill, and on THANH NGUYEN's

reputation through deceptive, unfair and unlawful practices in using Plaintiff's "Tipsy" Mark after March 11, 2011.

74.     As a result of the Defendants' actions, a benefit has been bestowed upon the Defendants and the Defendants have realized and generated economic and other benefits at THANH NGUYEN's expense.

75.     Plaintiff, THANH NGUYEN, has not authorized, acquiesced in, or otherwise agreed to the Defendants' use of the Plaintiff's "Tipsy" Mark past March 11, 2011.

76.     It would be inequitable for the Defendants to retain the benefits accrued through their unlawful conduct.

WHEREFORE, Plaintiff THANH NGUYEN, respectfully requests this Court enter judgment against Defendants BARRY BIONDO and TIPSY SPA AND SALON INC., for damages, interest, and for any other relief this Court deems equitable and just.

### Count VI
### (Breach of Contract)

77.     THANH NGUYEN and LUONG NGUYEN re-allege and affirm paragraphs 1 through 39 as if set forth herein.

78.     THANH NGUYEN, LUONG NGUYEN and BARRY BIONDO entered into the Business Sale Agreement on or about March 11, 2010.

79.     BARRY BIONDO has materially breached the Business Sale Agreement by continuing to use the "Tipsy" name and "Tipsy" Mark in connection with the Defendants' business and services after March 11, 2011.

80.     BARRY BIONDO has materially breached the Business Sale Agreement by

continuing to use the "Tipsy" name and "Tipsy" Mark in connection with the Defendants' business and services after March 11, 2011.

81.   BARRY BIONDO has materially breached the Business Sale Agreement by failing to pay the amounts due and owing under the Business Sale Agreement.

82.   BARRY BIONDO has materially breached the Business Sale Agreement by failing to redirect the domain name www.Tipsyspa.com to a domain name that does not include the "Tipsy" name and Mark.

83.   THANH NGUYEN and LUONG NGUYEN have suffered damages as a result of BARRY BIONDO's breach of contract.

84.   Pursuant to the Business Sale Agreement, THANH NGUYEN and LUONG NGUYEN are entitled to their attorneys' fees and costs in this action.

WHEREFORE, Plaintiffs, THANH NGUYEN and LUONG NGUYEN, respectfully request this Court enter judgment against Defendant BARRY BIONDO for damages, punitive damages, interest to the fullest extent permissible by Florida law, and for any other relief this Court deems equitable and just.

## Verification

I, THANH NGUYEN having been duly sworn in accordance with the laws of the United States, do hereby depose and state that I have read the foregoing Verified Complaint and that the information herein, with further supporting documentation hereto, are true and correct to the best of my knowledge and information.

_____
THANH NGUYEN

STATE OF FLORIDA

COUNTY OF _Palm Beach_

The foregoing instrument was sworn to, subscribed and acknowledged before me this _13_ day of _October_, 2011 by **Thanh Nguyen**, individually who [ ____ ] is personally known to me, or [ ✓ ] produced as identification, and who did take an oath.

_____
Notary Public
Printed Name: _Marisol Bulacio_
My Commission Expires: _2/9/15_

NOTARY PUBLIC-STATE OF FLORIDA
Marisol Bulacio
Commission # EE063259
Expires:   FEB. 09, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

Dated this _14th_, day of October, 2011.

Respectfully Submitted,

PAGE, MRACHEK, FITZGERALD & ROSE, P.A.
1000 S.E. Monterey Commons Blvd., Suite 306
Stuart, Florida 34996
Telephone (772) 221-7757
Facsimile (772) 781-6886


By: _____
SCOTT KONOPKA, ESQUIRE
Florida Bar No. 080489
E-mail: skonopka@pm-law.com
PAIGE HARDY, ESQUIRE
Florida Bar No. 58967
E-mail: phardy@pm-law.com
BRYAN McLAUGHLIN, ESQUIRE
Florida Bar No. 0059306
E-mail: bmclaughlin@pm-law.com


W:\STUART\CASES\TIPSY 2 - TRADEMARK\PLEADINGS\2010 10 13 COMPLAINT_5 - CLEAN COPY.DOC.DOCX

EXHIBIT "1"

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,529,699
Registered Nov. 11, 2008

**SERVICE MARK**
**PRINCIPAL REGISTER**

# TIPSY

NGUYEN, THANH (UNITED STATES INDIVI-
DUAL)
SUITE 112
1037 STATE ROAD 7
WELLINGTON, FL 33414

FOR: BAR SERVICES, IN CLASS 43 (U.S. CLS. 100
AND 101).

FIRST USE 12-15-2006; IN COMMERCE 12-15-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-093,533, FILED 1-29-2007.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

EXHIBIT "1"

EXHIBIT "2"

BUSINESS SALE AGREEMENT

This AGREEMENT is made this _11_ day of _March_, 2010 ("Effective Date") by and between Barry Biondo ("BUYER") and Thanh Nguyen and Luong Nguyen ("SELLERS"), collectively referred to as "the PARTIES."

WHEREAS:

a.   This Agreement concerns a nail spa and salon operated under the business name of Tipsy Nail Spa & Salon at Wellington Reserve now being operated at 1037 State Road 7, Suite 112, Wellington, Florida 33414, and known as Tipsy Nail Spa & Salon at Wellington Reserve ("the BUSINESS").

b.   The PARTIES dispute each other's ownership interest.

c.   The PARTIES have determined that it is not in their best interest to continue to operate the BUSINESS together.

d.   SELLERS have agreed to sell to BUYER their rights title and interest in the BUSINESS, including the assets thereof as contained in Schedule "A" attached hereto.

IN CONSIDERATION of the mutual covenants and agreements hereinafter set forth, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the PARTIES agree as follows:

1. The total Purchase Price for all fixtures, furnishings and equipment is $164,000.00 Dollars payable as follows: (a) $20,000.00 paid by bank checks, as a deposit upon execution of this Agreement; and (b) and the remaining balance $ 144,000.00 to be paid by the BUYER to the SELLERS in weekly installments of $800.00 until paid in full. BUYER may make additional payments early without penalty. BUYER owns and agrees to use as security for this purchase the certain parcel of real property legally described as Parcel 1-05-37-35-0050-00590-0800; Basswood Unit 5 Lot 80 Block 59; located at 3004 Highway 98 North in Okeechobee, Florida ("Real Property"). Should BUYER sell such land, he will pay the proceeds to SELLERS to reduce the remaining balance owed to SELLERS, as provided in (b).

2. Each weekly payment shall be due on Tuesday of each week ("Due Date"); BUYER shall make each payment to SELLERS at the below address each week. Payment will be on time if received by SELLER on the Due Date. A payment shall be considered to be late if it is not received by SELLER at the address indicated below by the second (2nd) calendar day following the Due Date, after which a 10% late fee will be due (calculated as 10% of the payment for each week or partial week the payment is late). BUYER shall pay the late fee so that it is received by SELLERS by the following Tuesday after the Due Date of the late payment. BUYER shall be in breach of the Agreement if SELLERS have not received a particular payment thirty (30) calendar days after that payment's Due Date.

L N

TN

EXHIBIT "2"

3. Upon a breach of this Agreement by BUYER, SELLERS shall have the right to take any and all legal action to enforce this agreement and shall be entitled to recover reasonable costs and attorneys fees related to such action. SELLERS may also seek relief from the court to obtain an accounting, inventory and review all books and records of the Business.

4. The Parties agree that all clients of the Business shall remain with the Business; each agrees that the Party operating the Business has full rights to such clients and that the other Party shall not solicit such clients while the other Party is operating the Business.

5. BUYER agrees to personally guarantee the payments and Purchase Price contained in this Agreement.

6. BUYER pledges the assets of the business, including but not limited to: products, fixtures, software, supplies, furniture, etc., to SELLERS as collateral for this Agreement.

7. The SELLERS promise and agree to convey good, clear, and marketable title to all the property to be sold hereunder, the same to be free and clear of all liens and encumbrances, with the exception of the provisions contained in Section 6 herein. BUYER shall be entitled to use of the premises and all property in it, subject to the provisions of Section 6. SELLERS agree to forever relinquish any claim to ownership of all property upon SELLER's payment in full of the Purchase Price and completion of all obligations hereunder.

8. The PARTIES further agree that BUYER shall be entitled, for a period on one (1) year after the execution of this document to continue operating the BUSINESS using the name "Tipsy". The PARTIES further agree that the right to the use of name "Tipsy" or any mark associated with that business name is not being purchased by BUYER. The following assets are not part of the sale to BUYER and shall be retained by SELLERS: (a) all rights, marks, etc. associated with the name 'Tipsy' (except that BUYER will be granted a one (1) year usage right of the name in order to transition into another name); and (b) all rights under contracts and commitments of SELLERS which are not expressly assumed by BUYER under the Agreement. As it relates to the website, BUYER shall redirect the domain name Tipsyspa.com to another location without the name "Tipsy" after one (1) year. During the time period BUYER uses the name "Tipsy", BUYER agrees to provide SELLERS with a monthly statement of gross income and point of sale. BUYER agrees to submit the statement for the month by the last calendar date of the following month or as soon thereafter as practicable. SELLERS intend to use the monthly reports for their own marketing efforts. This clause shall have no effect on the other terms of this Agreement and shall not be construed to vest SELLERS with any right of inspection or review of BUYERS records or any right to an accounting from BUYER, except as provided in Section 3.

9. The SELLERS further agree that neither they nor any of their relatives, designees or agents (other than for normal business operations) shall enter the premises without BUYER'S express permission.

10. BUYER further agrees to release the SELLERS from any liability for the payment of any and all debts and liabilities associated with Tipsy Nail Spa & Salon at Wellington Reserve, including but not limited accounts payable, lease, payroll, unpaid wages, taxes, loan obligations, and the

2

like, and shall execute all documents necessary to remove liability from the SELLERS for same. BUYER agrees to hold harmless SELLERS from any such liabilities and/or obligations.

11. The SELLERS promise and agree not to engage in the same type of BUSINESS as the one being sold within a 10 mile radius of Tipsy Nail Spa & Salon at Wellington Reserve for one year from the Effective Date of this Agreement. The BUYER promises and agrees not to engage in the same type of BUSINESS as the one being sold within a 10 mile radius of any of SELLER's Tipsy locations for one year from the Effective Date of this Agreement.

12. All of the terms, representations and warranties shall survive the closing. This AGREEMENT shall bind and inure to the benefit of the SELLERS and BUYER and their respective heirs, executors, administrators, successors and assigns.

13. If this AGREEMENT shall contain any term or provision which shall be invalid or against public policy or if the application of same is invalid or against public policy, then, the remainder of this AGREEMENT shall not be affected thereby and shall remain in full force and effect.

14. The PARTIES further agree that any legal dispute arising from this contract or the operation of this BUSINESS shall be governed by the laws of the State of Florida, and jurisdiction shall rest with the courts of Palm Beach County, Florida.

15. Should litigation become necessary to enforce any terms of this agreement, the prevailing party shall be entitle to recover reasonable expenses, including attorney's fees and costs.

16. Any and all notices, demands, payments or other communications required or desired to be given hereunder by any Party shall be in writing and shall be validly given or made to another Party if personally delivered, or sent by United States registered mail, return receipt requested to the following addresses:

BUYER:   5704 Lajo Del Sol Dr
         Lake Worl)L, FL 33449

SELLERS: 4906 Grassleaf Dr.
         Palm Beach Gardens, FL 33418

or such other addresses as the Parties will designate in writing, and will be deemed received when delivered to the designated address.

17. Confidentiality.  The Parties shall maintain the terms of and negotiations surrounding this Agreement as confidential.

18. Neither Party may assign this Agreement without the signed written consent of the other Party.

3

19. The failure of either Party to require performance by the other party of any provision of this Agreement will not affect the full right to require such performance at any time thereafter; nor will the waiver by either Party of a breach of any provision hereof be taken or held to be a waiver of the provision itself or the Agreement.

20. This Agreement may be executed in one or more counterparts, each of which, when so executed, will be deemed to be an original copy hereof, and all such counterparts together will constitute but one single agreement.

21. The Parties may not amend or modify this Agreement, except by a subsequently dated written amendment. This Agreement, together with the attached Exhibits, contains the entire understanding between the parties regarding its subject matter, and supersedes all other prior negotiations, proposals and communications between the parties regarding its subject matter.

22. If any provision of this Agreement is held by a court of competent jurisdiction to be invalid or unenforceable: (i) that provision will be deemed amended to achieve as nearly as possible the same economic effect as the original provision; and (ii) the legality, validity and enforceability of the remaining provisions of this Agreement will not be affected or impaired thereby.

IN WITNESS WHEREOF, the parties hereto have caused this instrument to be executed in triplicate on the day and year first above written.

SELLER:                                        SELLER:

_____                        _____
Thanh Nguyen                                   Luong Nguyen

BUYER:

_____
Barry Biondo

4

COMPOSITE EXHIBIT "3"

# Tipsy Spa & Salon

## Contact Us

Request an appointment right now!

**Your message:** *

**Name:** *

**Street Address:**

**Street Address 2:**

**City:**

**COMPOSITE
EXHIBIT "3"**

Contact Us - TIPSY SPA

**State or province:**

**Zip or postal code:**

**Your e-mail address:** *

**or phone number:** *



Please enter the code:

Send

**Note:** Fields marked with * are required.

For inquiries and appointments, you can reach us at:

**TIPSY SPA**
10120 Forest Hill Blvd
Suite 100
Wellington, FL 33414

Phone: 561 333-0413
Fax: 561 792-5763
E-mail: tipsyspa@att.net

**Salon hours**
Monday & Tuesday 9:00AM TO 9:0 PM Weds,Thurs&FRi 9:00AM TO 10:00PM Sun 11:00AM to 5:00 PM

## Appointments

Use our contact form or just call us at:

Wellington
561-333-0413

Hours:
Mon&Tues 9-9
Wed - Fri   9-10

Contact Us - TIPSY SPA

| | |
|---|---|
| Sat | 9-9 |
| Sun | 11-5 |

Tipsy spa - Google Search

+You  Web  Images  Videos  Maps  News  Gmail  more ▾                    jee1919@gmail.com ▾

Google

Tipsy spa

About 2,730,000 results (0.17 seconds)                    Advanced search

Everything

Images

Videos

News

Shopping

More

Palm Beach
Gardens, FL
Change location

Show search tools

Home - TIPSY SPA 
www.tipsyspa.com/ - Cached
Welcome to Tipsy Spa Salon & Lounge. Tipsy has a
unique spa experience! We are one of the few Spa's with
an Alcohol License. Come and indulge in a glass ...

**Contact Us**
tipsyspa.com/contact-
us/
For inquiries and ...

**Specials**
tipsyspa.com/specials/
April Specials only at
wellinton ...

**Services**
tipsyspa.com/services/
From the classic
beauty ...

**Additional Nail
Services**
tipsyspa.com/services/
additional-nail...
Tipsy Spa & Salon.
Acrylic Full ...

**Menu**
tipsyspa.com/menu/
new menu
11082010.pdf ...

**About us**
tipsyspa.com/about-us/
Tipsy goes above and
beyond ...

More results from tipsyspa.com »

Places for **Tipsy spa** near **Palm Beach Gardens,
FL**

**Tipsy Salon & Spa**  - 4 Google reviews
tipsyspa.com - 4601 Military Trl # 108, Jupiter -
(561) 626-6074

**Tipsy Spa**  - Place page
www.tipsyspa.com - 10120 Forest Hill Blvd #100,
Wellington - (561) 333-0413

**Tipsy Nail Spa**
www.tipsyjupiter.com/ - Cached
Specials. Contact Us. WELCOME TO **Tipsy** Salon & Spa.
Our Mission Provide our guest with a range of services
and therapeutic techniques performed with a ...

**Tipsy Nail Spa & Salon - Wellington, FL -
Beauty Salon in Wellington**
www.manta.com/c/mmsq111/tipsy-nail-spa-
salon - Cached
Category: Beauty Shops, Beauty Salons in Wellington, FL.
Offers: , Massage, Facials, Hair, Nails, Threading. View
**Tipsy** Nail Spa & Salon company information, ...

**Tipsy Salon & Spa - Boca Raton, FL**
www.yelp.com › Beauty and Spas › Day Spas - Cached
★★★★★ 5 reviews - Price range: $$
5 Reviews of Tipsy Salon & Spa ""Cheers!" to Tipsy for
reasonable prices ( pedicures start at $30), pimp massage
chairs (when I win the lottery, I am totally ...

Tipsy spa - Google Search

Tipsy Salon & Spa, Jupiter, FL : Reviews and
maps - Yahoo! Local
local.yahoo.com/info-49877412-tipsy-salon-spa-
jupiter - Cached
Tipsy Salon & Spa, Jupiter, FL : Reviews and maps -
Yahoo! Local, 561.626.6074 . Get Ratings, Reviews,
Photos and more on Yahoo! Local.

Spiff (and drink) up at Tipsy Spa and Salon -
Sun Sentinel
articles.sun-sentinel.com/.../fl-wf-tipsy-0601-
20110614_1_stylists-o... - Cached
Jun 14, 2011 – There is nothing like ending the day with a
good glass of wine and a little pampering, and that is just
what Tipsy Spa and Salon owner Barry ...

Tipsy's Spa and Salon - Beauty Salon, Spa,
Beauty & Personal Care ... 🔒 Norton SECURED
www.facebook.com/pages/Tipsys-Spa-
and.../185916901433678 - Cached
Welcome to Tipsy's Spa and Salon on Facebook. Join
now to write reviews and connect with Tipsy's Spa and
Salon.

Tipsy Spa (@Tipsy_Spa) on Twitter 🔒 Norton SECURED
twitter.com/Tipsy_Spa - Cached
Sign up for Twitter to follow Tipsy Spa (@Tipsy_Spa).

Tipsy Spa Salon information: Reviews, Map,
Calendar - pbpulse
events.pbpulse.com › Boca Raton Venues - Cached
Tipsy Spa Salon Boca Raton: ... Home > Boca Raton
Venues > Tipsy Spa Salon. Print this page Print.
Subscribe. Save to a calendar or bookmark Save ...

Tipsy SPA And Salon in Wellington, FL 33414 -
(561) 333-4018
localdirectory.wflx.com/tipsy+spa+and+salon.9.116244780p.home... - Cached
Information on Tipsy SPA And Salon in Wellington. (561)
333-4018. Address, phone number, map, driving
directions, hours of operation, services, reviews and ...

1  2  3  4  5  6  7  8  9  10       Next

Tipsy spa

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

Spiff (and drink) up at Tipsy Spa and Salon - Sun Sentinel



PLACE AN AD    HOME DELIVERY    JOBS    CARS    AUTOS A-Z    REAL ESTATE    RENTALS    MERCHANDISE    CLASSIFIED    PUBLIC NOTICES

Home   News   Broward   Palm Beach   Sports   Entertainment   Travel   Lifestyle   Business   Health   Opinion   Video

SCHOOLS    WEATHER    HURRICANE HQ    TRAFFIC    CRIME & SAFETY    FLORIDA    NATION/WORLD    POLITICS    BROWARD    PALM BEACH CO    MIAMI-DADE

Home → Collections

Ads By Google



## Spiff (and drink) up at Tipsy Spa and Salon

Recommend

June 14, 2011

0          0

There is nothing like ending the day with a good glass of wine and a little pampering, and that is just what Tipsy Spa and Salon owner Barry Biondo says he offers.

It is his staff's mission to deliver the highest quality, most innovative nail care products and services in a unique, affordable and fun atmosphere, where clients can relax and unwind with a good glass of wine. He says this is achieved by having a large staff of 30, being open seven days a week, offering late-night hours and having the license to serve beer and wine.

Ads By Google



### Spa
Beautiful 4 Star Beach Spa Relax & Enjoy Wonderful Treatments!
www.Nspas.com/

### Treat Stubborn Lines
Learn How to Reduce Stubborn Frown Lines Between the Brows.
www.TreatStubbornFrownLines.com

Tipsy has been in the Wellington area for the past five years, but in October it moved to its new location inside the LA Fitness plaza. This has provided the business a more visible location, Biondo said.

"This has brought in new people," said the Wellington resident. "We are doing pretty good, but I am always looking for new ways to generate business."

This summer those efforts will include such package deals as a free glass of wine with a manicure and pedicure service, Manager Lidia Jaruchik said, adding that a different special is offered each month.

A basic manicure costs $15, and pedicures are $30. Aromatherapy manicures and pedicures last about 35 or 45 minutes and include a message and paraffin treatment. Tipsy's top-of-the-line pedicure is the hour-long, Hot Stone service, which includes an exfoliating mint-and-sugar scrub, a paraffin deep hydration, an aromatherapy treatment and a hot-stone massage for $75, Jaruchik said.

The staff ranges in experience and skill set, she added, providing clients of any age the treatment they want. "We stay updated with the newest techniques and products," she said. In the salon the stylists offer all sorts of new hairstyles and trends, including feather extensions. "We are also doing a special on keratin hair treatments this summer."

A wide selection of facials and massages are on the menu, too, and guys can come in for the Gentlemen's Facial, which addresses a man's specific skincare needs for $80. Microdermabrasion and micro peels are $150, and a detoxifying, deep-pore facial costs $80.

**Related Articles**

South Florida Aveda stylists offer $25 haircuts on Sunday...
*April 2, 2011*

Model's Job Is Step In Right Direction
*July 8, 2000*

Spa Puts Clients On Cloud 9
*July 26, 2002*

M Is For The Makeovers You Can Give Mom
*May 5, 1991*

N Spa 'Nlightens The Body And 'nlices The Senses
*May 5, 2009*

Spiff (and drink) up at Tipsy Spa and Salon - Sun Sentinel



Index by Keyword | Inde...hop...d...ms of Service

With the bar serving up a variety of beverage options, Tipsy's is a great place to host special occasions or a girls' night out, Jaruchik said. "We have hosted showers, bachelorette parties, birthday parties, and more."

"We also play music videos. It helps create a fun atmosphere," Biondo said.

Tipsy Spa and Salon, 10120 Forest Hill Blvd. in Wellington, is open 9 a.m. to 9 p.m. Mondays, Tuesdays and Saturdays; 9 a.m. to 10 p.m. Wednesdays through Fridays and 11 a.m. to 5 p.m. Sundays. Call 561-333-0413, or visit TipsySpa.com.

Ads By Google

### Certified Massage Degree

Accredited College Degrees/Programs Enrollment is Easy! Learn More Now.

EagleGateCollege.edu/Massage

---

Featured Articles



10 must-see places to visit in Florida

Boca Raton man accused of raping sedated friend

MORE:

Free game download: 'Angry Birds' for PC

Motorcyclist flips over wall on ramp between I-595 and I-95

Woman, 49, shot dead

FBI releases photos of Pompano Beach bank robbery suspect

'Naked fraud' at South Florida timeshare resale company, feds say

Men needed for Senior Speed Dating

Whois Lookup | Domain Availability - Registration Information

| Username / Customer# | Password | | Forgot Password? | Create Account | USD | empty |

6 Domains Expiring     Deals of the Day

24/7 Sales & Support (480) 505-8877
Hablamos Español

Our Commercials   Bob's Video Blog   Help & Forums

WHOIS Domain Check

Domains   Hosting   Email   Websites   Search Engines   SSL & Security   Resellers   Affiliates   Auctions   My Account

WHOIS search results for:
**TIPSYSPA.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
barry biondo
5704 iago del sol dr
lake woth, Florida 33467
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: TIPSYSPA.COM
Created on: 27-Jul-08
Expires on: 27-Jul-13
Last Updated on: 27-Jul-09

Administrative Contact:
biondo, barry barrybiondo@bellsouth.net
5704 iago del sol dr
lake woth, Florida 33467
United States
(561) 433-3818

Technical Contact:
biondo, barry barrybiondo@bellsouth.net
5704 iago del sol dr
lake woth, Florida 33467
United States
(561) 433-3818

Domain servers in listed order:
NS57.1AND1.COM
NS58.1AND1.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand against internet
squatters who could try to buy up these names in the hopes of selling them to you at an
inflated price. It also enables you to capture more Web traffic, which you can then direct to
your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
|---|---|---|
| tipsyspa.co | SAVE! | $15.99/yr |
| tipsyspa.info | SAVE! | $1.99*/yr |
| tipsyspa.org | SAVE! | $8.99*/yr |
| tipsyspa.us | SAVE! | $3.99/yr |
| tipsyspa.ca | | $9.99/yr |
| tipsyspa.mobi | SAVE! | $8.99*/yr |
| tipsyspa.biz | SAVE! | $5.99*/yr |
| tipsyspa.me | SAVE! | $8.99/yr |
| Similar Premium Domains | | |
| SpaDealer.org | | $799.00* |
| FiberglassSpa.com | | $625.00* |
| BellySpa.com | | $599.00* |
| SpaFeel.com | | $788.00* |
| SpaAbc.com | | $3,488.00* |
| SpaBee.com | | $2,288.00* |
| Similar Domains | | |
| tipsyspa.com | | $7.69*/yr |
| thetipsyspa.com | | $7.69*/yr |
| tipsyspasite.com | | $7.69*/yr |
| mytipsyspa.com | | $7.69*/yr |
| tipsyspaonline.com | | $7.69*/yr |
| newtipsyspa.com | | $7.69*/yr |
| tipsyspastore.com | | $7.69*/yr |
| freetipsyspa.com | | $7.69*/yr |

**Learn more about**

Private Registration          Deluxe Registration

Business Registration        Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search          .com

My Account        Domain Search      Webmail       Telephone Support & Sales    About Us         YourEmail@YourWebsite.com
My Renewals       Product Catalog    WHOIS search   Go Daddy Community          News Releases

Whois Lookup | Domain Availability - Registration Information

| My Upgrades | Product Advisor | ICANN Confirmation | Discussion Forums | Careers |
| Account Settings | Go Daddy Gear | Affiliates | Help and Guides | Marketing Opportunities |
| Customer Information | Gift Cards | Follow & Fan Us | User Groups | Customer Testimonials |
| Order History | Go Daddy Mobile | Legal | Submit Support Ticket | Security Center |
| Create Account | Deals of the Day | Commercial Contests | Site Suggestions | .ME Scholarship |
| | | Site Map | Report Spam | Round Up for Charity |
| | | | Go Daddy Scoop | |

Our Partners

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 5, 2011.
Legal    Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2011 GoDaddy.com, Inc. All rights reserved

Although it often appears "WHOIS" or "Whois", the term is not an acronym. It means literally "Who is", referring to the searchable database that stores domain information for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.

Search the GoDaddy.com WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

· If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

· If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

· If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may warn the site owner or shut down the Web site altogether.

GoDaddy.com has been active in combating Internet crime and abuse. GoDaddy.com lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.

EXHIBIT "4"

PTO Form 1478 (Rev 9/2006)
OMB No. 0951-0009 (Exp 12/31/2011)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 85272051
### Filing Date: 03/21/2011

## To the Commissioner for Trademarks:

MARK: TIPSY SPA * SALON (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of TIPSY SPA * SALON.
The applicant is not claiming color as a feature of the mark. The mark consists of The Main Logo is made up as papyrus type for (TIPSY) with Arial type for (SPA * SALON) With a line drawing of a martini glass. The Type is black on a white background and martini glass which is black outlined. This can also be in reverse as illustrated in artwork submitted.
The applicant, Barrry Biondo, DBA Tipsy Spa and Salon, a citizen of United States, having an address of
　　5704 Lago Del Sol Dr
　　Lake Worth, Florida 33449
　　United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
　　International Class 044: Day spa services, namely, nail care, manicures, pedicures and nail enhancements; Hair salon services, namely, hair cutting, styling, coloring, and hair extension services

In International Class 044, the mark was first used at least as early as 02/01/2008, and first used in commerce at least as early as 02/01/2008, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) sign on bulding; from advertisement.
<u>Specimen File1</u>
<u>Specimen File2</u>

For informational purposes only, applicant's website address is: www.tipsyspa.com

The applicant's current Correspondence Information:
　　Biondo, Barrry
　　5704 Lago Del Sol Dr
　　Lake Worth, Florida 33449
　　561-702-0075(phone)
　　561-964-2575(fax)
　　barrybiondo@bellsouth.net (authorized)

EXHIBIT "4"

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Barry Biondo/   Date Signed: 03/21/2011
Signatory's Name: Barry Biondo
Signatory's Position: Owner

RAM Sale Number: 9104
RAM Accounting Date: 03/21/2011

Serial Number: 85272051
Internet Transmission Date: Mon Mar 21 12:18:25 EDT 2011
TEAS Stamp: USPTO/BAS-65.8.224.227-20110321121825060
909-85272051-48092784966befcc7cc0dd4c7f7
9fa153-CC-9104-20110321105045478491









